UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS ADRIAN FRANCHI ALFARO
ALCORTA and LUIS ALAIN FRNACHI
ALFARO (Next Friend),

                Case No. 26-11486

          Petitioners,

                Hon. Denise Page Hood

v.

MONROE COUNTY JAIL and U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, DIRECTOR OF
DETROIT FIELD OFFICE, ENFORCEMENT
AND REMOVAL OPEARATIONS,

          Respondents.

_____/

**ORDER DIRECTING RESPONSE**
**and**
**NOTICE OF HEARING ON PETITION**

The Petitioner, by his Next Friend, brings this Petition for a Writ of

Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed the

petition and deems that it is not appropriate for summary dismissal,

therefore,

IT IS ORDERED that the Clerk of Court must electronically forward a

copy of the petition and this Order, to the Office of the United States

Attorney, Eastern District of Michigan[1] and forward a copy of the petition to the Warden of the Monroe County Jail.

The Respondents shall file an answer to this petition, along with relevant or supporting documentation within **14** days of the date of this order.   The Petitioner may reply within **7** days from receipt of the Respondents' answer.  A hearing on the petition is scheduled for **June 17, 2026, 11:00 a.m.**

In order to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

SO ORDERED.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:   May 19, 2026

---

[1] The petitioner remains responsible for properly serving the petition and this order does not constitute service of the petition.