**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LUIS ADRIAN FRANCHI
ALFARO ALCORTA,

        Petitioner,

v.

MONROE COUNTY JAIL and U.S.
IMMIGRATION and CUSTOMS ENFORCEMENT
DETROIT FIELD OFFICE DIRECTOR,

        Respondents.

_____

Case No. 26-CV-11486

Honorable Denise Page Hood

**ORDER SETTING BRIEFING SCHEDULE FOR PETITION OF WRIT OF HABEAS CORPUS [ECF NO. 1], MOOTING RESPONDENTS' MOTION TO VACATE ORDER REQUIRING RESPONSIVE PLEADING [ECF NO. 11], DENYING RESPONDENTS' MOTION TO VACATE ORDER APPOINTING FEDERAL COMMUNITY DEFENDER [ECF NO. 13], AND HOLDING RESPONDENTS' MOTION TO STRIKE PETITION FOR WRIT OF HABEAS CORPUS [ECF NO. 12] AND MOTION TO DISMISS FOR LACK OF SERVICE IN ABEYANCE [ECF NO. 14]**

Pursuant to the hearing held in this matter on July 8, 2026,

IT IS ORDERED that the following briefing schedule applies as to Petitioner's petition of writ of habeas corpus:

| | |
|---|---|
| Amended Petition must be filed by: | August 7, 2026 |
| Response must be filed by: | August 21, 2026 |
| Reply must be filed by: | September 4, 2026 |
| A hearing date is set for: | September 15, 2026, 9:30 am |

1

IT IS FURTHER ORDERED that Respondents' motion to vacate order requiring responsive pleading [ECF No. 11] is deemed moot, in light of the new scheduling order above;

IT IS FURTHER ORDERED that Respondents' motion to vacate order appointing federal community defender [ECF No. 13] is DENIED, for the reasons stated on the record;

IT IS FURTHER ORDERED that Respondents' motion to strike petition for habeas corpus [ECF No. 12] and motion to dismiss for lack of service [ECF No. 14] are HELD IN ABEYANCE.

SO ORDERED.

Dated:  July 13, 2026

s/Denise Page Hood
Denise Page Hood
United States District Judge